

From: William Kaetz
#11350-067
Essex County Jail
354 Doremus Ave
Newark NJ. 07105

Date: 12/19/2020

To: Chief Magistrate Judge Eddy
United States District Court
Western District of Pennsylvania
Joseph F. Weis Jr. U.S. Courthouse
700 Grant Street
Pittsburgh PA 15219

Case No: 2.20-mj-09421-CRE

<u>Fed.R.CRIM.P. Rule 59 Objections</u>

(1) I, William Kaetz, Defendant, Object
To your Orders on Constitutional
Grounds. (1) First Amendment - THE
Government is Committing First
Amendment Retaliation, my Petitions
are Protected Speech. (2) Fifth
Amendment Due Process Violations, THE
Government Arrested me and Confiscated
my Property Before Hearings Preventing
me To Form and Present a Defense.
THE Prosecution 1 of 2 is Vindictive and Selective.

① ③ THE Appointed Council Failed To
OBJECT TO THE ORDERS ON TIME.
I Instructed THE Appointed Council
Many Times Via Written Mail To
OBJECT AND File For Rehearings And
Motions For my Property To Form
And Present Defenses, He Failed
To Communicate and Do His Duties
Violating my Due Process Rights.
   (INEFFECTIVE Council)

② I, William Kaetz, Am Declaring THE
ORDERS OF Probable Cause To Arrest
ME AND OF THE Charges Having
Probable Cause, And, THE Order
In Poisoning ME Until Trial
UnConstitutional on First
Amendment And Fifth Amendment
Grounds These Protections Already Been
Decided - Res Judicata Applies.

③ I Swear Under Penalty OF Purjury
THE Above Statements Are True To
THE Best of my Knowledge And
Belief.

DATE: 12/19/2020 By William Kaetz
                        William F. Kaetz
- Please File And Serve Parties Via PACER -
              2 OF 2