# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL DIVISION |
| vs. | 20-1090 |
| WILLIAM F. KAETZ,<br>Defendant. | Honorable J. Nicholas Ranjan |

## NOTICE OF APPEAL

Notice is hereby given that  William F. Kaetz , defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the January 4, 2021 Order at 2:20-cr-01090-1 affirming the October 26, 2020 Order of Detention Pending Trial at 2:20-mj-09421.

Since October 19, 2020, Defendant has been proceeding with the assistance of the undersigned counsel who was appointed (at 2:20-mj-09421) under the Criminal Justice Act. Judge J. Nicholas Ranjan, from the WDPA, has been assigned to this matter by special designation.

 /s/ *Douglas Sughrue*
Douglas Sughrue, Esquire
PA Atty I.D. No.:  83970
Attorney for Defendant
429 Fourth Avenue, Suite 501
Pittsburgh, PA 15219
(412) 391-1629