UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DCO-034-E

No. 21-1075

UNITED STATES OF AMERICA

v.

WILLIAM F. KAETZ,
Appellant

(D.N.J. No. 2-20-cr-01090-001)

Present:  JORDAN, KRAUSE and PHIPPS, Circuit Judges

1. Motion filed by Appellant Mr. William F. Kaetz for Bail Pending Trial.

2. Response filed by Appellee USA to Motion for Bail Pending Trial.

Respectfully,
Clerk/JK

_____ORDER_____
The foregoing motion is hereby DENIED.

By the Court,

s/ Kent A. Jordan
Circuit Judge

Dated:  February 3, 2021
JK/cc:  All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate