IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____

UNITED STATES OF AMERICA

v.

WILLIAM KAETZ

Criminal Action No. 2:20-mj-09421

_____

**DESIGNATION OF DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT**

_____

Pursuant to 28 U.S.C. § 292(b), and finding that it is in the public interest to do so, I hereby designate and assign the Honorable J. Nicholas Ranjan of the United States District Court for the Western District of Pennsylvania for such a period as is necessary for the disposition of the above-entitled matter.

 s/ D. Brooks Smith
D. Brooks Smith, Chief Judge
United States Court of Appeals
For the Third Circuit

Dated:  December 22, 2020